# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **EVELYN BUTCHER** <br> **Plaintiff,** | § § § § | |
| **V.** | § | CIVIL ACTION NO. 4:08-CV-00244 |
| | § § | |
| **U.T. HOUSTON SCIENCE CENTER** <br> **Defendant.** | § § | |

## PLAINTIFF'S MEMORANDUM IN SUPPORTOF MOTION FOR VOLUNTARY DISMISSAL

Plaintiff asks the court to dismiss his suit against defendants, as authorized by Federal Rule of Procedure 41 (a)(2).

1. Plaintiff is Evelyn Butcher; defendant is University of Houston Science Center, Houston.

2. Plaintiff sued defendant for Violation of Plaintiff's Rights under 42 U.S.C. § 2000e.

3. Plaintiff asks the court to dismiss her suit because she is not available to prosecute the case at this time.

4. The court may grant a motion for voluntary dismissal if the dismissal will not unfairly prejudice the nonmovant. *Versa Prods., Inc v. Home Depot, Inc.,* 387 F.3d 1325, 1327 (11th Cir. 2004); *Elbaror v. Tripath Imaging, Inc.*, 279 F.3d 314, 317 (5th Cir. 2002.

5. Plaintiff seeks a dismissal because she is not ready to prosecute this case at this time.

6. Plaintiff requests that the dismissal be without prejudice to refiling the suit .

7. Defendant will not be prejudice by the dismissal.

8. Defendant has not filed a counterclaim.

9. Plaintiff has not been granted a dismissal of an action based on or including the same claims as those presented in this suit.

10. Plaintiff asks the court to voluntary dismiss this suit due to her inability to prosecute same at this time. For these reasons, plaintiff asks the court to dismiss the suit without prejudice.

Respectfully submitted,

By: _____/S/_____
John-Baptist Sekumade
Texas Bar No. 24051589
Fed Bar No. 620585
7324 Southwest
Suite 910
Houston, Texas   77074
Tel. (832) 582-7033
Fax. (832) 582-7028
Attorney for Plaintiff
Evelyn Butcher

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **EVELYN BUTCHER** <br> **Plaintiff,** | § § § § | |
| **V.** | § | CIVIL ACTION NO. 4:08-CV-00244 |
| | § § | |
| **U.T. HOUSTON SCIENCE CENTER** <br> **Defendant.** | § § | |

## ORDER ON MOTION TO DISMISS

After considering Plaintiff's motion to dismiss and the response the court:

**GRANTS** the motion and dismisses the case without prejudice.

**SIGNED** on _____, 2011.

_____
JUDGE PRESIDING

## CERTIFICATE OF SERVICE

  I certify that on February 1, 2011 a true and correct copy of Plaintiff's Motion for Voluntary Dismissal was served by the Southern District E-File System to all attorneys and parties involved.


                /S/
              John-Baptist Sekumade