IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EVELYN BUTCHER<br>Plaintiff, | § § § § | |
| V. | § | CIVIL ACTION NO. 4:08-CV-00244 |
| | § § | |
| U.T. HOUSTON SCIENCE CENTER<br>Defendant. | § § | |

## ORDER ON MOTION TO DISMISS

After considering Plaintiff's motion to dismiss and the response the court:

**GRANTS** the motion and dismisses the case without prejudice. The Defendant, however, may move the Court to dismiss the case with prejudice within thirty (30) days of this order.

**SIGNED** on 1 February, 2011.

_____
JUDGE PRESIDING